**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JEAN CLAUDE ETIENNE,**

       **Plaintiff,**

-vs-                                              Case No. 6:09-cv-838-Orl-31KRS

**PRECISION LANDSCAPE**
**MANAGEMENT, INCORPORATED and**
**DAVID M. TUCCIO,**

       **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

       This cause came on for consideration after a settlement conference before the undersigned Magistrate Judge. The parties reached a settlement of the case, the essential terms of which were placed on a sealed record[1]. Because I was directly involved with the settlement discussions, I am aware of the disputed issues, the reasons for the compromise, and the reasonableness of the attorney's fees that are part of the settlement. Accordingly, I find that the settlement is a fair resolution of a bona fide dispute under *Lynn's Food Stores v. United States*, 679 F.2d 1350 (11th Cir. 1982).

       In order to permit the parties to prepare formal settlement papers, and as agreed to by the parties, I recommend that the Court enter an order directing the Clerk of Court to close the case

---

[1] A transcript of the sealed proceeding can be prepared should the Court wish to review the terms of the settlement.

administratively subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 16, 2010.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy