**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JEAN CLAUDE ETIENNE,

        **Plaintiff,**

-vs-                                                    Case No. 6:09-cv-838-Orl-31KRS

PRECISION LANDSCAPE
MANAGEMENT, INCORPORATED and
DAVID M. TUCCIO,

        **Defendants.**

_____

## ORDER

This cause comes before the Court on a settlement reached during a settlement conference held before United States Magistrate Judge Karla R. Spaulding on June 16, 2010.

On June 16, 2010, the United States Magistrate Judge issued a report (Doc. No. 29) finding that the settlement reached is a fair resolution of a bona fide dispute under *Lynn's Food Stores v. United States*, 679 F.2d 1350 (11th Cir. 1982). It is further recommended that the Clerk of Court administratively close the case subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Clerk of Court is directed to administratively close this file.

3. The parties shall have 60 days to finalize their settlement and present a stipulated form of final judgment.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on the 6th day of July, 2010.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party